UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR MENEESE,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK HILL, *et al.*,<br><br>    Defendants. | Case No. 2:23-cv-00976-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 10 |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 10. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 10, is granted.

2. Plaintiff is granted until December 29, 2023 to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:   October 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE