UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR MENEESE,<br><br>              Plaintiff,<br><br>    v.<br><br>RICK HILL, *et al.*,<br><br>              Defendants. | Case No.  2:23-cv-00976-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 12<br><br>AMENDED COMPLAINT DUE WITHIN THIRTY DAYS |

Plaintiff has filed a motion for an extension of time to file an amended complaint. ECF No. 12. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 12, is granted.

2. Plaintiff is granted thirty days from the date of this order to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

IT IS SO ORDERED.

Dated:   January 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE