UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAR MENEESE,<br><br>    Plaintiff,<br><br>  v.<br><br>RICK HILL, *et al.*,<br><br>    Defendants. | Case No.  2:23-cv-00976-JDP (PC)<br><br>**ORDER**<br><br>GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF No. 14<br><br>AMENDED COMPLAINT DUE WITHIN FORTY-FIVE DAYS |

Plaintiff has filed his third motion for an extension of time to file an amended complaint. ECF No. 14. Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is granted in part.

2. Plaintiff is granted forty-five days from the date of this order to file an amended complaint.

3. Failure to comply with this order may result in a recommendation of dismissal.

4. Absent extraordinary circumstances, no further extensions will be granted.

IT IS SO ORDERED.

Dated: __February 7, 2024__   _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE